**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RICHARD J. BARRY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01450-RLH-PAL |
| | ) | |
| vs. | ) | **DISCOVERY PLAN AND** |
| | ) | **SCHEDULING ORDER** |
| CAROL MONKOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

The court held a scheduling conference in this matter on November 9, 2010. Counsel submitted a Proposed Discovery Plan and Scheduling Order (Dkt. #11) which requested more time than is deemed presumptively reasonable under the Local Rules of Practice. This case was removed to this court on August 26, 2010. *See* Dkt. #1. The court heard representations from counsel concerning why additional time is requested. The parties have not yet conducted a Rule 26(f) conference or made the disclosures required by Rule 26(a)(1). Plaintiff's counsel represented that he would not object to providing HIPAA-compliant medical releases. Plaintiff intends to take the deposition of the Defendant, witnesses involved in the police investigation, and a Rule 30(b)(6) deposition of the city or county representative with information about traffic lights and maintenance. Defendant believes there are eyewitnesses to the accident and will want to depose them and the Plaintiff.

Having reviewed and considered the matter,

**IT IS ORDERED:**

1. The parties Amended and Stipulated Proposed Plan is **NOT APPROVED** and is **DENIED.**

///

///

2. The following discovery plan and scheduling order dates shall apply:
   a. The parties shall meet and/or confer as required by Fed. R. Civ. P. 26(f) not later than **4:00 p.m., November 14, 2010.**
   b. Last date to complete discovery: **February 28, 2011.**
   c. Last date to amend pleadings and add parties: **December 28, 2010.**
   d. Last date to file interim status report: **January 28, 2011.**
   e. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **January 28, 2011.**
   f. Last date to disclose rebuttal experts: **February 28, 2011.**
   g. Last date to file dispositive motions: **March 28, 2011.**
   h. Last date to file joint pretrial order: **April 28, 2011.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.
2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.
3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., February 8, 2011,** and shall fully comply with the requirements of LR 26-4.

Dated this 16th day of November, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE