Gordon M. Park, Esq.
Nevada Bar # 7124
Philip A. John, Esq.
Nevada Bar # 10627
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
8337 W. Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949- 1101
gordon.park@mccormickbarstow.com
Philip.john@mccormickbarstow.com

Attorney for Defendant
CAROL MONKOWSKI

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – LAS VEGAS

RICHARD J. BARRY,

   Plaintiff,

v.

CAROL MONKOWSKI, an individual;
and DOES I through X; and ROE
CORPORATIONS I through X,

   Defendants.

Case No. 2:10-CV-01450-RLH-GWF

Judge:        Hon. Roger L. Hunt
Mag. Judge: Hon. George W. Foley

### STIPULATION AND ORDER TO DISMISS

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

06081/00005-1725183.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD SUITE 350
LAS VEGAS NV 89113

Each party will bear their own costs and attorneys' fees.

Dated: 5-11, 2011

BOWEN LAW OFFICES

By: _____
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
7465 W. Lake Mead Boulevard, Suite 270
Las Vegas, NV 89128
Attorneys for Plaintiffs

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
GORDON M. PARK, ESQ.
Nevada Bar No. 7124
PHILIP A. JOHN, ESQ.
Nevada Bar No. 10627
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Attorneys for Defendant
CAROL MONKOWSKI

### ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the jury fees posted by Defendant be returned to McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP attorneys for Defendant.

DATED this 6th day of June, 2011.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE

Submitted By:

Dated: April 1, 2011
June

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
GORDON M. PARK, ESQ.
Nevada Bar No. 7124
PHILIP A. JOHN, ESQ.
Nevada Bar No. 10627
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Attorneys for Defendant
CAROL MONKOWSKI

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113